JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| JOSEPH GRIMES AKA JOSEPH MOORE, | ) CASE NO. CV 09-9046-JFW (PJW) |
|---|---|
| Petitioner, | ) |
| v. | ) J U D G M E N T |
| ANTHONY HEDGPETH, WARDEN, | ) |
| Respondent. | ) |

    Pursuant to the Order granting Petitioner's request to voluntarily dismiss this action entered this day, it is hereby adjudged and decreed that the action is dismissed without prejudice.

    DATED: March 30, 2010.

_____
JOHN F. WALTER
UNITED STATES DISTRICT JUDGE